# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

SERVICE PUMP & SUPPLY CO., INC,

        Plaintiff,

v.                       CIVIL ACTION NO. 3:18-00976

SUN INDUSTRIES, LLC,

        Defendant.

## ORDER

Plaintiff Service Pump & Supply, Co., Inc., filed a Motion to Amend its complaint in order to add a defendant and pleadings. ECF No. 15. Defendant has represented to the Court that it does not contest Plaintiff's Motion to Amend. Additionally, the Court finds that Plaintiff has stated good cause to amend its complaint, has not acted in bad faith, and Defendant will not be prejudiced by this amendment. *See Mem. In Supp. of Pl.'s Mot. to Amend*, ECF No. 16, at 4–5; *Matrix Capital Mgmt. Fund, LP v. BearingPoint, Inc.*, 576 F.3d 172, 193 (4th Cir. 2009) (providing that motions to amend "should be denied only when the amendment would be prejudicial to the opposing party, there has been bad faith on the part of the moving party, or amendment would be futile" (citations omitted)). Accordingly, the Court **GRANTS** Plaintiff's Motion to Amend Complaint.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

                              ENTER:     October 19, 2018

                              ROBERT C. CHAMBERS
                              UNITED STATES DISTRICT JUDGE